**Opinion filed February 22, 2024**



# In The

# Eleventh Court of Appeals

———————

## No. 11-23-00276-CV

———————

## SM ENERGY COMPANY, Appellant

## V.

## DOI WINTEX LLC; DOI APACHE FLATS LLC; AND DISCOVERY OPERATING, INC., Appellees

**On Appeal from the 385th District Court**
**Midland County, Texas**
**Trial Court Cause No. CV60114**

## M E M O R A N D U M   O P I N I O N

Appellant, SM Energy Company, and Appellees, DOI WinTex, LLC, DOI Apache Flats LLC, and Discovery Operating, Inc. have filed in this court a joint motion to dismiss this interlocutory appeal. In the motion, the parties state that they have "reached an agreement regarding the issues in the underlying suit" and request that we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

We grant the motion and dismiss this appeal.


W. STACY TROTTER

JUSTICE

February 22, 2024

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.